## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MELISSA BEHANNA,          )
                                )     Civil Action No. 2:17-cv-00105
         Plaintiff,       )
                                )     Judge Cathy Bissoon /
         v.                    )     Magistrate Judge Lisa Pupo Lenihan
                                )
ALLEGHENY COUNTY, et al,     )
                                )
         Defendants.    )

## MEDIATION
### Before Magistrate Judge Lisa Pupo Lenihan

| **PARTY** | | **COUNSEL** |
|---|---|---|
| Melissa Behanna | Plaintiff | Jonathan M. Gesk<br><br>Steven M. Barth |
| Joshua Reber | Defendant | Pro Se – Not present |

Date: _____ July 28, 2018, at 10:00 AM _____

Court Reporter:_____ Barbara Leo _____

_____

_ _____

_____ Case resolved.  Terms of settlement placed on the record under seal. _____

_____

_____

_____

_____